IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § <br> FOR AND ON BEHALF OF § <br> CONSOLIDATED ELECTRICAL § <br> DISTRIBUTORS, INC. DOING BUSINESS § <br> AS BUSH SUPPLY § <br> § <br> vs. § <br> § <br> SAMES INC. and LEXON INSURANCE § <br> COMPANY § | | CIVIL ACTION NUMBER ___7:23-cv-1___ |

PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, United States of America For And On Behalf of Consolidated Electrical Distributors, Inc., doing business as Bush Supply ("Plaintiff"), complaining of SAMES, INC. ("Defendant SAMES"), and Lexon Insurance Company ("Defendant Lexon"), Defendant SAMES and Lexon are collectively referred to as ("Defendants").

Parties

1. Plaintiff is a Delaware corporation.

2.	Defendant SAMES, Inc. is a Texas corporation and may be served with process by having the summons and a copy of this complaint delivered to its registered agent, Saul D. Maldonado, at its registered office located at 200 S. 10th Street, Suite 1500, McAllen, TX 78501.

3.	Defendant Lexon Insurance Company is an insurance company which may be served with summons and a copy of this Complaint by delivering same to its registered agent for service, Jay A. Thompson at 701 Brazos St., Suite 1500, Austin, TX 78701-3293.

Jurisdiction

4.	This Court has exclusive jurisdiction pursuant to 40 U.S.C. 270b ("Miller Act"), now known as 40 U.S.C. 3133b, as this suit is based upon a claim for materials supplied to a subcontractor for work for the construction, alteration, or repair of a public building or public work of the United States.

Cause of Action - Payment Bond Claim

5.	Pursuant to the Miller Act, before any contract exceeding $100,000.00 in amount for the construction, alteration or repair of any public building or public work of the United States is awarded to any person, such person shall furnish to the United States a payment bond for the protection of all persons supplying labor and material in the prosecution of the work provided in said contract for the benefit and use of the persons so supplying labor and material.

6.	The United States, by and through the Unites States Department of Agriculture ("USDA") awarded a construction contract to Defendant SAMES for the USDA Barns and Lagoons and Miscellaneous Projects, Contract No. 12805B20C055, located in Edinburg, Hidalgo County, Texas. Said contract was in excess of $100,000.00 and was for the construction, alteration, or repair of a public building or public work of the United States.

7. As required by the Miller Act, Defendant SAMES, as principal, and Defendant Lexon, as surety, executed a payment bond for the use and benefit of all persons supplying labor and material in the prosecution of the work provided in said contract, Bond No.12805B20C0055 ("Payment Bond").  Plaintiff supplied materials to Garco Services, LLC ("Garco"), a Subcontractor of Defendant SAMES, in the prosecution of the work provided in said contract and, therefore, is a direct obligee and beneficiary of the Payment Bond.

8. Defendant SAMES, as prime contractor, awarded a subcontract to Garco for a portion of the above-referenced contract.  Garco, in turn contracted with Plaintiff for the purchase of electrical materials to be used in the performance of said subcontract and prime contract.  The total agreed unpaid principal price for the materials supplied by Plaintiff to Garco is $12,859.21.

9. Plaintiff supplied electrical materials to be used in the performance of said subcontract and prime contract to Garco from approximately October 25, 2021 through February 25, 2022 and has not been paid the principal sum of $12,859.21. A copy of the Statement and Unpaid Invoices are attached hereto as **Exhibit "A"** and incorporated herein for all purposes.

10. Plaintiff has given all statutory notice required to perfect its claim on the subject payment bond, specifically on April 15, 2022 and May 13, 2022, copies of which are attached hereto as **Exhibit "B"** and incorporated herein for all purposes.

11. All conditions precedent pertaining to Plaintiff's perfection if its claim on the Payment Bond have been performed or have occurred.  Plaintiff has perfected its Payment Bond claim against both Defendants in the amount of $12,859.21, pursuant to the provisions of the Miller Act.

12.     Demand for payment has been made on Defendants, but payment has not been made, all to Plaintiff's damage.  Defendants are jointly and severally liable to Plaintiff for all claims asserted herein.

13.     Plaintiff is also entitled to statutory prejudgment and post-judgment interest at the rate of 18% per annum (1 ½% per month) or as allowed by law as Plaintiff's contract with Garco provided for said rate of interest to be charged if invoices were not paid within thirty (30) days from the invoice date.  Further, Plaintiff is further entitled to reasonable attorneys' fees and costs as Plaintiff's contract with Garco provided that reasonable attorneys' and collection fees and costs were recoverable if Garco was in default of the agreement. A redacted copy of the Credit Application and Agreement for Credit Sales between Plaintiff and Garco is attached hereto as **Exhibit "C"** and incorporated herein for all purposes.

### Request for Relief

WHEREFORE, Plaintiff prays that Defendants be cited to appear herein as provided by law, and that upon final hearing hereof, that Plaintiff have judgment of and from SAMES, Inc. and Lexon Insurance Company,  jointly and severally, for the principal sum of $12,859.21, plus interest at the rate of 18% per annum or as allowed by law, reasonable attorneys' fees, costs, and such other and further relief to which Plaintiff may show itself entitled.

Respectfully submitted,

By: _____
Misti Beanland
State Bar No. 00798057
Email: beanland@mssattorneys.com
MATTHEWS, SHIELS, KNOTT,
EDEN, DAVIS & BEANLAND, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, Texas  75251
(972) 234-3400 Telephone
(972) 234-1750 Telecopier